# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Leslie Tallman; Guy Greene; Anthony
Garnett; Max Ortega; Lance Wickner;
Steven Housman; Russell Norton; Russell
Hatton; Kevin Moen, and all others
similarly situated,

Civil No. 16-653 (DWF/TNL)

Plaintiffs,

v.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Emily Johnson Piper, Commissioner of the
Department of Human Services; Scott Benoit,
Program Manager; Andrea Kosloski,
Unit 1-B Director; Brian Ninneman, Unit I-C
Director; Kevin Carlson, Assistant Group
Supervisor; Ryan Fahland, Assistant Group
Supervisor; Cara Keinanen, Security
Counselor; Trisha Archambault, Security
Counselor; Wendy McGowan, Security
Counselor; and Cheryl Floren, Security
Counselor,

Defendants.

The above matter comes before the Court upon the Report and Recommendation

of United States Magistrate Judge Tony N. Leung dated August 29, 2016.  (Doc. No. 17.)

No objections have been filed to that Report and Recommendation in the time period

permitted.  The factual background for the above-entitled matter is clearly and precisely

set forth in the Report and Recommendation and is incorporated by reference.  Based

upon the Report and Recommendation of the Magistrate Judge and upon all of the files,

records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1.      Magistrate Judge Tony N. Leung's August 29, 2016 Report and

Recommendation (Doc. No. [17]) is **ADOPTED**.

2.      This action is **DISMISSED WITHOUT PREJUDICE** for failure to

prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 19, 2016          s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge